IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

ARKANSAS WAREHOUSE, INC.                                                          PLAINTIFF

v.                              Case No. 2:16-CV-2008

SAINT-GOBAIN CERAMICS & PLASTICS, INC.                                   DEFENDANT

## JUDGMENT

For the reasons set forth in the Court's opinion and order filed on October 20, 2016 (Doc. 29), IT IS ORDERED AND ADJUDGED that Plaintiff's claims against Defendant Saint-Gobain Ceramics & Plastics, Inc. are DISMISSED WITH PREJUDICE.

IT IS SO ORDERED AND ADJUDGED this 21th day of October, 2016.

/s/ P. K. Holmes, III
P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE